UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-cv-80665-DMM

EMILY SCHWEITZER,

        Plaintiff,

v.

COMENITY BANK,

        Defendant.
_____/

## FINAL JUDGMENT

In light of the Court's Order on Cross Motions for Summary Judgment, Judgment on Plaintiff's claim under the Telephone Consumer Protection Act ("TCPA") is entered in favor of Defendant and against Plaintiff. This Final Judgment incorporates the Partial Final Judgment previously entered on September 8, 2015, which resolved Plaintiff's claim under the Florida Consumer Collection Practices Act. (DE 19).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 27 day of January, 2016.

                                                      DONALD M. MIDDLEBROOKS
                                                      UNITED STATES DISTRICT COURT

Copies to:    Counsel of Record