**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT FROM A JUDGMENT OF A DISTRICT COURT**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:15-cv-80665-DDM**

EMILY SCHWEITZER,

    Plaintiff,

v.

COMENITY BANK,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Emily Schweitzer hereby appeals to the United States Court of Appeals for the Eleventh Judicial Circuit from an Order granting Defendant Comenity Bank's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment entered in this action on the 28th day of January, 2016.

RESPECTFULLY SUBMITTED:

By: /s/ Marc A. Wites
**MARC A. WITES**
mwites@wklawyers.com
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 570-8989
Facsimile: (954) 354-0205

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2016, I served the foregoing via email on all counsel of record or pro se parties identified below in the Service List.

By:   /s/ Marc A. Wites
**Marc A. Wites**

## SERVICE LIST

**DALE THOMAS GOLDEN, ESQ.**
Florida Bar No.:   0094080
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 0102808
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
braslavich@gsgfirm.com
Counsel for Defendant