UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-cv-80665-DDM

EMILY SCHWEITZER,

      Plaintiff,

v.

COMENITY BANK,

      Defendant.

_____/

**PLAINTIFF'S NOTICE OF PROPOSED SETTLEMENT**

Plaintiff Emily Schweitzer hereby files this notice that the parties have reached settlement

of all claims.  The Parties are currently finalizing the terms of the settlement agreement and will

be filing a notice of Dismissal shortly.


RESPECTFULLY SUBMITTED:

By:      /s/ Steven C. Holzman
        Steven C. Holzman, Esq
        Bar No: 667617
        Law Offices of Steven C. Holzman, PA
        4400 North Federal Hwy
        Lighthouse Point, FL 33064
        Phone: 561.789.5366
        scholzmanlaw@gmail.com

<u>**CERTIFICATE OF SERVICE**</u>

     I HEREBY CERTIFY that on March 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                           By:    <u>/s/ Steven Holzman</u>
                                                    **Steven C. Holzman**